THIBODEAUX, Chief Judge.
 

 For the reasons discussed in the consolidated case of
 
 Central Louisiana Ambulatory Surgical Center, Inc. v. Payless Shoesource, Inc.,
 
 10-86 (La.App. 3 Cir. July 28,
 
 *703
 
 2010) 2010 WL 3026527, 46 So.Sd 689, the judgment of the OWC is affirmed in part and reversed in part. Costs of this appeal are assessed to the appellant, Gilchrist Construction Co.
 

 AFFIRMED IN PART, REVERSED IN PART, AND RENDERED.
 

 GREMILLION, J., concurs and assigns written reasons.